UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**No. 5:15-CV-00491-D**

| | |
|---|---|
| MARY KATHLEEN ASBURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER, ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

It is ORDERED that Defendant pay the sum of $6,112.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

Lawrence Wittenberg
Roberti, Wittenberg, Lauffer, Wicker & Cinski, P.A.
100 East Parrish Street, Suite 200
Durham, North Carolina 27702

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, ROBERTI, WITTENBERG, LAUFFER, WICKER & CINSKI, P.A., and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If

1

the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This **31** day of August 2016.

JAMES C. DEVER III
Chief United States District Judge