UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARY KATHLEEN ASBURY,　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A CIVIL CASE**
　　　v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 5:15-CV-491-D**
CAROLYN W. COLVIN, Acting Commissioner　)
of Social Security,　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　　　)

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $6,112.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to: Lawrence Wittenberg, Roberti, Wittenberg, Lauffer, Wicker & Cinski, P.A. 100 East Parrish Street, Suite 200 Durham, North Carolina 27702. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, ROBERTI, WITTENBERG, LAUFFER, WlCKER & CINSKI, P.A., and mailed to the office address above in accordance with Plaintiffs assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiffs counsel.

**This Judgment Filed and Entered on September 1, 2016, and Copies To:**

　　　　　　　　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)
Lawrence Wittenberg
Elisa Donohoe　　　　　　　　　　　　　　　(via CM/ECF Notice of Electronic Filing)


DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
September 1, 2016　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk